Order issued October 4, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01012-CR

**LARENZO BERLIN GLENN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-58147-S

# ORDER

This appeal is **REINSTATED**.

We **DEFER** until submission any decision regarding the trial court's findings regarding the accuracy of the jury charge because it would be more appropriately handled by the panel assigned to this case.

We **GRANT** appellant's September 27, 2012 motion for leave to file a supplemental brief. Appellant's supplemental brief received by the Clerk of the Court on September 27, 2012 is **DEEMED** timely filed on the date of this order.

LANA MYERS
JUSTICE